IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>BALMORE HERNANDEZ-CASTRO,<br><br>            Defendant. | 4:21CR3079<br><br>**ORDER** |

After reviewing the evaluation from the Federal Medical Center, (Filing No. 57), and questioning Defendant, (Filing No. 52), the court finds Defendant has the cognitive ability, competence, and capacity to consult with counsel, understand the criminal proceedings, and participate with and assist counsel in the defense of this case.

Accordingly,

IT IS ORDERED that Defendant is competent to stand trial.

May 4, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge